IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00589-WYD-CBS

ALBERT GONZALES,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's "Motion for Permission to File Traverse & Enlargement of Time" (docket #12) filed on May 12, 2008, is **GRANTED**. Applicant shall have up to and including **June 6, 2008**, to file a traverse.

    Dated: May 13, 2008