IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 08-cv-00589-WYD-CBS

ALBERT GONZALES,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

Applicant Albert Gonzales, a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer and Mr. Gonzales has filed a traverse.

I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Gonzales' trial in Larimer County District Court Case No. 98CR1467. Accordingly, it is

ORDERED that Respondents shall provide to this Court **within twenty (20) days from the date of this Order** the complete record of Mr. Gonzales' trial in Larimer County District Court Case No. 98CR1467. It is

FURTHER ORDERED that the Clerk of the Larimer County District Court produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the Larimer County District Court, 201 LaPorte Avenue, Suite 100, Fort Collins, CO 80521.

Dated: October 14, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge