FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 08-cv-00589-WYD

ALBERT GONZALES,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: May 24, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00589 WYD

Larimer County District Court
Larimer County Justice Center
201 LaPorte Ave. Ste 100
Fort Collins, CO 80521

Albert Gonzales
# 105076
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Christine Cates Brady - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/24/2012  .

        GREGORY C. LANGHAM, CLERK

        By: s/ D. Berardi
            Deputy Clerk